Robert S. TIERNAN, respondent, v. George L. HAVENS, appellant. (Supreme Court, Appellate Division, Second Department. Decem-

ber 30, 1915.) Judgment and order of the County Court of Suffolk County affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.